**Fill in this information to identify the case:**

| Debtor 1 | Christopher Bucon |
|---|---|
| Debtor 2 (Spouse, if filing) | Jennifer M. Bucon |

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number 17-24339

## Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for BKPL-EG Series N Trust

**Court claim no.** (if known): 27-1

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 6 4

**Property address:** 8412 Hanbury Ct.
Number    Street

Joliet          IL       60431
City            State    ZIP Code

---

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

---

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                        (a) $ 6203.79

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ 900.00

c. **Total.** Add lines a and b.          * Less Suspense Balance $1448.73          (c) $ 5655.06*

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:          03/01/2022
MM / DD / YYYY

---

Debtor 1    **Christopher Bucon**
First Name    Middle Name    Last Name

Case number *(if known)*    **17-24339**

---

**Part 4:** **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:** **Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/ Molly Slutsky Simons**
Signature

Date    06 / 08 / 2022

Print    **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title    Attorney for Creditor

Company    **Sottile and Barile, Attorneys at Law**

If different from the notice address listed on the proof of claim to which this response applies:

Address    **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone    ( **513** ) **444** - **4100**

Email    bankruptcy@sottileandbarile.com

---



| Loan# | [ ] |
|---|---|
| Borrower: | Bucon |
| Date Filed: | 8/15/2017 |
| BK Case # | 17-24339 |
| Petition Due Date: | |
| POC covers: | 6/17 - 8/17 |
| prepet claim total $ | 8,866.34 |

**PAYMENT CHANGES**

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 09/01/17 | 1,215.44 | 766.79 | 1,982.23 | ayment listed in POC |
| 10/01/18 | 1,215.44 | 734.45 | 1,949.89 | PC filed with the court |
| 07/01/19 | 1,215.44 | 751.37 | 1,966.81 | PC filed with the court |
| 07/01/20 | 1,215.44 | 736.06 | 1,951.50 | PC filed with the court |
| 08/01/21 | 1,215.44 | 852.49 | 2,067.93 | PC filed with the court |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

| Date | Amount Recvd | PRE/POST/APO | Post Petition Due Date | Contractual Due Da | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | ao date paid | ao credit | ao debit | ao susp bal | ao paid to date | POC DATE PAID | OC Arrears Cre | POC Debit | C Suspense Balan | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | | | | | $0.00 | $0.00 |
| 9/26/2017 | $303.17 | Post | | | | | $303.17 | | $303.17 | | | | $0.00 | | | $10.00 | | $10.00 | $0.00 |
| 9/28/2017 | $1,990.00 | Post | 9/1/17 | | $1,982.23 | $7.77 | $7.77 | | $310.94 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 10/30/2017 | $1,990.00 | Post | 10/1/17 | | $1,982.23 | $7.77 | $7.77 | | $318.71 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 11/30/2017 | $1,954.30 | Post | 11/1/17 | | $1,982.23 | -$27.93 | | $27.93 | $290.78 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 12/1/2017 | $1,954.30 | Post | 12/1/17 | | $1,982.23 | -$27.93 | | $27.93 | $262.85 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 1/31/2018 | $1,954.30 | Post | 1/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $234.92 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 2/27/2018 | $1,954.30 | Post | 2/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $206.99 | | | | $0.00 | | | | | $10.00 | $0.00 |
| 3/13/2018 | $1,954.30 | Post | 3/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $179.06 | 8/1/2019 | | $1,966.81 | -$1,966.81 | $0.00 | | $1,675.99 | | $1,685.99 | $1,675.99 |
| 4/27/2008 | $1,954.30 | Post | 4/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $151.13 | 9/1/2019 | | $1,966.81 | -$3,933.62 | $0.00 | | | | $1,685.99 | $1,675.99 |
| 5/31/2018 | $1,954.30 | Post | 5/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $123.20 | 10/1/2019 | | $1,966.81 | -$5,900.43 | $0.00 | | $56.22 | | $1,742.21 | $1,732.21 |
| 6/29/2018 | $1,954.30 | Post | 6/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $95.27 | 11/1/2019 | | $1,966.81 | -$7,867.24 | $0.00 | | | | $1,742.21 | $1,732.21 |
| 8/1/2018 | $1,954.30 | Post | 7/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $67.34 | 12/1/2019 | | $1,966.81 | -$9,834.05 | $0.00 | | $56.22 | | $1,798.43 | $1,788.43 |
| 8/31/2018 | $1,954.30 | Post | 8/1/18 | | $1,982.23 | -$27.93 | | $27.93 | $39.41 | suspense | $126.36 | | -$9,707.69 | $126.36 | | | | $1,798.43 | $1,788.43 |
| 10/19/2018 | $1,955.00 | Post | 9/1/18 | | $1,982.23 | -$27.23 | | $27.23 | $12.18 | | | | $0.00 | | | $56.22 | | $1,854.65 | $1,844.65 |
| 11/20/2018 | $1,955.00 | Post | 10/1/18 | | $1,949.89 | $5.11 | $5.11 | | $17.29 | | | | $0.00 | | | | | $1,854.65 | $1,844.65 |
| 12/14/2018 | $1,955.00 | Post | 11/1/18 | | $1,949.89 | $5.11 | $5.11 | | $22.40 | | | | $0.00 | | | | | $1,854.65 | $1,844.65 |
| 12/28/2018 | $1,955.00 | Post | 12/1/18 | | $1,949.89 | $5.11 | $5.11 | | $27.51 | | | | $0.00 | | | $32.38 | | $1,887.03 | $1,877.03 |
| 2/26/2019 | $1,955.00 | Post | 1/1/19 | | $1,949.89 | $5.11 | $5.11 | | $32.62 | | | | $0.00 | | | | | $1,887.03 | $1,877.03 |
| 3/11/2019 | $1,955.00 | Post | 2/1/19 | | $1,949.89 | $5.11 | $5.11 | | $37.73 | | | | $0.00 | | | | | $1,887.03 | $1,877.03 |
| 3/29/2019 | $1,955.00 | Post | 3/1/19 | | $1,949.89 | $5.11 | $5.11 | | $42.84 | | | | $0.00 | | | | | $1,887.03 | $1,877.03 |
| 5/6/2019 | $1,950.00 | Post | 4/1/19 | | $1,949.89 | $0.11 | $0.11 | | $42.95 | | | | $0.00 | | | | | $1,887.03 | $1,877.03 |
| 6/21/2019 | $1,950.00 | Post | 5/1/19 | | $1,949.89 | $0.11 | $0.11 | | $43.06 | | | | $0.00 | | | $315.63 | | $2,202.66 | $2,192.66 |
| 7/12/2019 | $1,950.00 | Post | 6/1/19 | | $1,949.89 | $0.11 | $0.11 | | $43.17 | | | | $0.00 | | | $224.66 | | $2,427.32 | $2,417.32 |
| 8/6/2019 | $80.00 | Post | | | | $80.00 | $80.00 | | $123.17 | | | | $0.00 | | | | | $2,427.32 | $2,417.32 |
| 8/20/2019 | | Pre | | | | $0.00 | | | $123.17 | | | | $0.00 | | | $228.12 | | $2,655.44 | $2,645.44 |
| 9/20/2019 | | PRE | | | | $0.00 | | | $123.17 | | | | $0.00 | | | $342.35 | | $2,997.79 | $2,987.79 |
| 10/21/2019 | | PRE | | | | $0.00 | | | $123.17 | | | | $0.00 | | | $228.58 | | $3,226.37 | $3,216.37 |
| 10/25/2019 | $1,970.00 | Post | 7/1/19 | 6/1/19 | $1,966.81 | $3.19 | $3.19 | | $126.36 | | | | $0.00 | | | | | $3,226.37 | $3,216.37 |
| 11/18/2019 | | PRE | | | | $0.00 | | | $126.36 | | | | $0.00 | | | $225.58 | | $3,451.95 | $3,441.95 |
| 11/29/2019 | $1,970.00 | POST | 8/1/19 | 7/1/19 | $1,966.81 | $3.19 | $3.19 | | $129.55 | | | | $0.00 | | | | | $3,451.95 | $3,441.95 |
| 12/17/2019 | | | MFR WAS FILED | | | $0.00 | | | $129.55 | | | | $0.00 | | | | | $3,451.95 | $3,441.95 |
| 12/20/2019 | | PRE | | | | $0.00 | | | $129.55 | | | | $0.00 | | | $334.85 | | $3,786.80 | $3,776.80 |
| 1/17/2020 | | PRE | | | | $0.00 | | | $129.55 | | | | $0.00 | | | $225.58 | | $4,012.38 | $4,003.38 |
| 2/24/2020 | $880.59 | POST | | | | $880.59 | $880.59 | | $1,010.14 | | | | $0.00 | | | $334.85 | | $4,347.23 | $4,337.23 |
| | | | | | | $0.00 | | | $1,010.14 | | | | $0.00 | | | $225.58 | | $4,572.81 | $4,562.81 |
| 3/17/2020 | | | AO 9/19 - 2/20 | | | $0.00 | | $736.27 | $273.87 | total dq | $1,031.00 | $736.27 | $736.27 | | | | | $4,572.81 | $4,562.81 |
| 3/30/2020 | $805.82 | Post | | | | $805.82 | $805.82 | | $1,079.69 | 9/1/2019 | | $2,067.93 | -$2,362.66 | $736.27 | | $214.98 | | $4,787.79 | $4,777.79 |
| 4/7/2020 | $7,867.43 | Post | 3/1/20 | | $1,966.81 | $5,900.62 | $5,900.62 | | $6,980.31 | 10/1/2019 | | $2,067.93 | -$4,430.59 | $736.27 | | | | $4,787.79 | $4,777.79 |
| | | | | | | $0.00 | | | $6,980.31 | 11/1/2019 | | $2,067.93 | -$6,498.52 | $736.27 | | | | $4,787.79 | $4,777.79 |
| | | | | | | $0.00 | | | $6,980.31 | 12/1/2019 | | $2,067.93 | -$8,566.45 | $736.27 | | | | $4,787.79 | $4,777.79 |
| 4/14/2020 | $806.00 | Post | | | | $806.00 | $806.00 | | $7,786.31 | 1/1/2020 | | $2,067.93 | -$10,634.38 | $736.27 | | | | $4,787.79 | $4,777.79 |
| 4/28/2020 | $2,000.00 | APO | 3/17/20 | | $7,867.43 | -$5,867.43 | | $5,867.43 | $1,918.88 | 2/1/2020 | | $2,067.93 | -$12,702.31 | $736.27 | | | $8,603.70 | $4,787.79 | $4,777.79 |
| 4/30/2020 | $805.82 | APO | 3/31/20 | | $805.82 | | | $805.82 | $1,918.88 | | | | -$4,029.06 | $9,409.52 | | | | $4,787.79 | $4,777.79 |
| | | | | | | $0.00 | | | $1,918.88 | | | | -$4,029.06 | $9,409.52 | | | | $4,787.79 | $4,777.79 |
| 5/5/2020 | $805.81 | Post | 4/1/20 | | $1,966.81 | -$1,161.00 | | $1,161.00 | $757.88 | | | | -$4,029.06 | $9,409.52 | | | | $4,787.79 | $4,777.79 |
| | | | | | | $0.00 | | | $757.88 | | | | -$4,029.06 | $9,409.52 | | | | $4,787.79 | $4,777.79 |
| 5/15/2020 | | pre | | | | $0.00 | | | $757.88 | | | | -$4,029.06 | $9,409.52 | | $204.38 | | $4,992.17 | $4,982.17 |
| 5/29/2020 | $1,967.00 | APO | 4/15/20 | | $805.82 | $1,161.18 | $1,161.18 | | $1,919.06 | | $805.82 | | -$3,223.24 | $10,215.34 | | | | $4,992.17 | $4,982.17 |
| | | | | | | $0.00 | | | $1,919.06 | | | | -$3,223.24 | $10,215.34 | | | | $4,992.17 | $4,982.17 |
| 5/31/2020 | $805.81 | Post | 5/1/20 | | $1,966.81 | -$1,161.00 | | $1,161.00 | $758.06 | | | | -$3,223.24 | $10,215.34 | | | | $4,992.17 | $4,982.17 |
| 6/5/2020 | $805.81 | APO | 5/15/20 | | $805.81 | $0.00 | | | $758.06 | | $805.81 | | -$2,417.43 | $11,021.15 | | | | $4,992.17 | $4,982.17 |
| 6/22/2020 | | Pre | | | | $0.00 | | | $758.06 | | | | -$2,417.43 | $11,021.15 | | $308.35 | | $5,300.52 | $5,290.52 |
| 6/26/2020 | $1,967.00 | Post | 6/1/20 | | $1,966.81 | $0.19 | $0.19 | | $758.25 | | | | -$2,417.43 | $11,021.15 | | | | $5,300.52 | $5,290.52 |
| 7/6/2020 | $806.00 | APO | 6/15/20 | | $805.81 | $0.19 | $0.19 | | $758.44 | | $805.81 | | -$1,611.62 | $11,826.96 | | | | $5,300.52 | $5,290.52 |
| 7/31/2020 | $1,967.00 | Post | 7/1/20 | | $1,951.50 | $15.50 | $15.50 | | $773.94 | | | | -$1,611.62 | $11,826.96 | | $204.38 | | $5,504.90 | $5,494.90 |
| 8/4/2020 | $806.00 | APO | 7/15/20 | | $805.81 | $0.19 | $0.19 | | $774.13 | | $805.81 | | -$805.81 | $12,632.77 | | | | $5,504.90 | $5,494.90 |
| 8/26/2020 | $1,960.00 | Post | 8/1/20 | | $1,951.50 | $8.50 | $8.50 | | $782.63 | | | | -$805.81 | $12,632.77 | | $431.70 | | $5,936.60 | $5,926.60 |
| 8/26/2020 | $1,950.00 | APO | 8/15/20 | | $805.81 | $1,144.19 | $1,144.19 | | $1,926.82 | | $805.81 | | $0.00 | $13,438.58 | | | | $5,936.60 | $5,926.60 |

| Date | Amount | Type | Due Date | Amount | Amount | Amount | Balance | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/2020 | | pre | | | $0.00 | | $1,926.82 | $0.00 | $0.00 | $230.22 | $6,166.82 | $6,156.82 |
| 9/30/2020 | $1,100.00 | Post | | | $1,100.00 | $1,100.00 | $3,026.82 | $0.00 | $0.00 | | $6,166.82 | $6,156.82 |
| 10/19/2020 | | Post | | | $0.00 | | $3,026.82 | $0.00 | $0.00 | | $6,397.04 | $6,387.04 |
| 11/20/2020 | | pre | | | $0.00 | | $3,026.82 | $0.00 | $0.00 | $340.65 | $6,737.69 | $6,727.69 |
| 11/20/2020 | $1,947.01 | Post | 9/1/20 | $1,951.50 | -$4.49 | | $3,022.33 | $0.00 | $0.00 | | $6,737.69 | $6,727.69 |
| | | Post | 10/1/20 | $1,951.50 | -$1,951.50 | $1,951.50 | $1,070.83 | $0.00 | $0.00 | | $6,737.69 | $6,727.69 |
| 12/21/2020 | $1,950.00 | Post | 11/1/20 | $1,951.50 | -$1.50 | $1.50 | $1,069.33 | $0.00 | $0.00 | $230.22 | $6,967.91 | $6,957.91 |
| 1/15/2021 | $1,950.00 | Post | 12/1/20 | $1,951.50 | -$1.50 | $1.50 | $1,067.83 | $0.00 | $0.00 | | $6,967.91 | $6,957.91 |
| | | | | | $0.00 | | $1,067.83 | $0.00 | $0.00 | $230.22 | $7,198.13 | $7,188.13 |
| 2/5/2021 | $1,950.00 | Post | 1/1/21 | $1,951.50 | -$1.50 | $1.50 | $1,066.33 | $0.00 | $0.00 | | $7,198.13 | $7,188.13 |
| 2/23/2021 | | pre | | | $0.00 | | $1,066.33 | $0.00 | $0.00 | $340.65 | $7,538.78 | $7,528.78 |
| 3/9/2021 | $1,950.00 | Post | 2/1/21 | $1,951.50 | -$1.50 | $1.50 | $1,064.83 | $0.00 | $0.00 | | $7,538.78 | $7,528.78 |
| | | Pre | | | $0.00 | | $1,064.83 | $0.00 | $0.00 | $230.22 | $7,769.00 | $7,759.00 |
| 3/31/2021 | $2,750.00 | Post | 3/1/21 | $1,951.50 | $798.50 | $798.50 | $1,863.33 | $0.00 | $0.00 | | $7,769.00 | $7,759.00 |
| 4/12/2021 | $1,950.00 | Post | 4/1/21 | $1,951.50 | -$1.50 | $1.50 | $1,861.83 | $0.00 | $0.00 | $225.84 | $7,994.84 | $7,984.84 |
| 5/21/2021 | $1,952.00 | Post | 5/1/21 | $1,951.50 | $0.50 | $0.50 | $1,862.33 | $0.00 | $0.00 | | $7,994.84 | $7,984.84 |
| 5/24/2021 | | pre | | | $0.00 | | $1,862.33 | $0.00 | $0.00 | $329.70 | $8,324.54 | $8,314.54 |
| 6/18/2021 | | pre | | | $0.00 | | $1,862.33 | $0.00 | $0.00 | $221.46 | $8,546.00 | $8,536.00 |
| 6/25/2021 | $1,952.00 | Post | 6/1/21 | $1,951.50 | $0.50 | $0.50 | $1,862.83 | $0.00 | $0.00 | | $8,546.00 | $8,536.00 |
| 7/16/2021 | | pre | | | $0.00 | | $1,862.83 | $0.00 | $0.00 | $221.46 | $8,767.46 | $8,757.46 |
| 7/30/2021 | $2,068.00 | Post | 7/1/21 | $2,067.93 | $0.07 | $0.07 | $1,862.90 | $0.00 | $0.00 | | $8,767.46 | $8,757.46 |
| 8/20/2021 | | | | | $0.00 | | $1,862.90 | $0.00 | $0.00 | $108.88 | $8,876.34 | $8,866.34 |
| 8/31/2021 | $2,062.00 | Post | 8/1/21 | $2,067.93 | -$5.93 | $5.93 | $1,856.97 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 9/29/2021 | $1,253.45 | Post | 9/1/21 | $2,067.93 | -$814.48 | $814.48 | $1,042.49 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | $1,042.49 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 10/22/2021 | $2,070.00 | Post | 10/1/21 | $2,067.93 | $2.07 | $2.07 | $1,044.56 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 10/29/2021 | $700.00 | Post | | | $700.00 | $700.00 | $1,744.56 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 12/23/2021 | $2,070.00 | Post | 11/1/21 | $2,067.93 | $2.07 | $2.07 | $1,746.63 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 1/31/2022 | $2,070.00 | Post | 12/1/21 | $2,067.93 | $2.07 | $2.07 | $1,748.70 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 3/1/2022 | $2,061.15 | POST | 1/1/22 | $2,067.93 | -$6.78 | $6.78 | $1,741.92 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | $279.63 | $1,462.29 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 4/25/2022 | $2,061.15 | Post | 2/1/22 | $2,067.93 | -$6.78 | $6.78 | $1,455.51 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| 5/31/2022 | $2,061.15 | Post | 3/1/22 | $2,067.93 | -$6.78 | $6.78 | $1,448.73 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| dq pmts | | Post | 4/1/22 | $0.00 | -$2,067.93 | | -$619.20 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | Post | 5/1/22 | $0.00 | -$2,067.93 | | -$2,687.13 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | Post | 6/1/22 | $0.00 | -$2,067.93 | | -$4,755.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | pfn | | | $0.00 | $900.00 | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |
| | | | | | $0.00 | | -$5,655.06 | $0.00 | $0.00 | | $8,876.34 | $8,866.34 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:                                          Case No. 17-24339

Christopher Bucon
Jennifer M. Bucon                               Chapter 13

Debtors.                                        Hon. Judge LaShonda A. Hunt

---

**CERTIFICATE OF SERVICE**

---

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on June 8, 2022, before the hour of 5:00 p.m.

      Briana Czajka, Debtors' Counsel
      ndil@geracilaw.com

      Adam Suchy, Debtors' Counsel
      ndil@geracilaw.com

      Glenn B. Stearns, Trustee
      mcguckin_m@lisle13.com

      Patrick S Layng, U.S. Trustee
      ustpregion11.es.ecf@usdoj.gov

Christopher Bucon, Debtor
Jennifer M. Bucon, Debtor
8412 Hanbury Ct
Joliet, IL 60431

Dated: June 8, 2022                          Respectfully Submitted,

                                             /s/ Molly Slutsky Simons
                                             Molly Slutsky Simons (OH 0083702)
                                             Sottile & Barile, Attorneys at Law
                                             394 Wards Corner Road, Suite 180
                                             Loveland, OH 45140
                                             Phone: 513.444.4100
                                             Email: bankruptcy@sottileandbarile.com
                                             Attorney for Creditor